1144

No. 85–6712. GIBSON v. SCROGGY, WARDEN. C. A. 6th Cir. Certiorari denied.

No. 85–6730. ORTIZ v. WASHINGTON. Sup. Ct. Wash. Certiorari denied.

No. 85–6754. AL-AZZAWY v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6757. JONES v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–6759. CORONEL v. UNITED STATES ET AL. C. A. 9th Cir. Certiorari denied.

No. 85–6763. LAMP v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6765. CARY v. MCCOTTER, DIRECTOR, TEXAS DEPARTMENT OF CORRECTIONS. C. A. 5th Cir. Certiorari denied.

No. 85–6772. MARKUS v. UNITED STATES. C. A. 3d Cir. Certiorari denied.

No. 85–6776. ASSAAD v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6780. KELLY v. UNITED STATES. C. A. 6th Cir. Certiorari denied.

No. 85–6782. CHEIKH v. UNITED STATES; and
No. 85–6794. FARRAN v. UNITED STATES. C. A. 5th Cir. Certiorari denied.

No. 85–6801. BATUOLI v. UNITED STATES. C. A. 4th Cir. Certiorari denied.

No. 85–6802. JOHNSON v. UNITED STATES. C. A. 2d Cir. Certiorari denied.

No. 85–6803. FISHERMAN v. UNITED STATES. C. A. 9th Cir. Certiorari denied.

No. 85–6806. NOLAN v. UNITED STATES. C. A. 3d Cir. Certiorari denied.